**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: DAVIS, VANESSA | § Case No. 11-28963 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S. Dearborn St., 7th Floor, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 10/30/2012 in Courtroom 642, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/20/2012  By:  /s/DEBORAH K. EBNER_____
                Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: DAVIS, VANESSA | § Case No. 11-28963 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 34,652.50 |
| *and approved disbursements of* | $ 9,778.53 |
| *leaving a balance on hand of* [1] | $ 24,873.97 |
| **Balance on hand:** | $ 24,873.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 24,873.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - Deborah K. Ebner | 4.25 | 0.00 | 4.25 |
| Attorney for Trustee, Fees - Allan J DeMars | 3,600.00 | 0.00 | 3,600.00 |
| Attorney for Trustee, Expenses - Allan J DeMars | 12.05 | 0.00 | 12.05 |
| Accountant for Trustee, Fees - LOIS WEST | 874.00 | 0.00 | 874.00 |
| Other Fees: Clarissa Cutler | 11,793.83 | 0.00 | 11,793.83 |
| Other Expenses: Clarissa Culter | 1,412.33 | 0.00 | 1,412.33 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 20,946.46 |
| Remaining balance: | $ 3,927.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,927.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,927.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,490.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,416.81 | 0.00 | 484.28 |
| 2 | Chase Bank USA, N.A. | 10,073.46 | 0.00 | 3,443.23 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,927.51 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/DEBORAH K. EBNER
                       Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-28963-TAB
Vanessa Davis                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 2          Date Rcvd: Sep 21, 2012
                              Form ID: pdf006         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2012.
```
db          +Vanessa Davis,   1355 Mandel Ave,   Westchester, IL 60154-3432
17539569     CHASE,   PO BOX 15298,   Wilmington, DE 19850-5298
17539571    +CITI,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
18387204     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17539575    +Harris & Harris LTD,   C/O: Northwestern Memorial Hosp.,   222 Merchandise Mart Plaza Ste1900,
              Chicago, IL 60654-1421
17539576    +Hsbc,   P.O. Box 5253,   Carol Stream, IL 60197-5253
17539579    +NORTHWESTERN MEMORIAL HOSPITAL,   P.O. Box 73690,   Chicago, IL 60673-7690
17539578    +Northwestern Medical Faculty Founda,   680 North Lake Shore Drive,   Suite 1000,
              Chicago, IL 60611-3092
17539581    +Sears/cbsd,   P.O. Box 6189,   Sioux Falls, SD 57117-6189
17539582    +U.S. Bank Home Mortgage,   P.O. Box 20005,   Owensboro, KY 42304-0005
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18328199     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 22 2012 00:19:38      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17539572    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 22 2012 02:47:25      Discover Fin Svcs Llc,
              P.O. Box 15316,   Wilmington, DE 19850-5316
17539573    +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2012 02:47:36      GEMB/ Home Design-hi-pj,
              P.O. Box 981439,   El Paso, TX 79998-1439
17539574     E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2012 02:39:49      Green Tree Servicing L,
              332 Minnesota St Ste 610,   Saint Paul, MN 55101
                                                                                             TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Allan J  DeMars
17539577     NONE
17539570*    CHASE,   PO BOX 15298,   Wilmington, DE 19850-5298
17539580*   +NORTHWESTERN MEMORIAL HOSPITAL,   P.O. Box 73690,   Chicago, IL 60673-7690
                                                                              TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: pseamann              Page 2 of 2                  Date Rcvd: Sep 21, 2012
                              Form ID: pdf006             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2012 at the address(es) listed below:

```
              Allan J DeMars    on behalf of Trustee Deborah Kanner Ebner alland1023@aol.com
              Clarissa Y Cutler    on behalf of Trustee Deborah Kanner Ebner cycutler@cyc-law.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Jesse  Outlaw    on behalf of Debtor Vanessa Davis jesseoutlawjr@sbcglobal.net,
               jesseoutlawjr@sbcglobal.net
              Justin E Burtnett    on behalf of Trustee Deborah Kanner Ebner jburtnett@burtnettlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```