# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DAVIS, VANESSA                                Case No. 11-28963
                                                     Chapter   7
_____,
                  Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $16,765.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,927.51     Claims Discharged
                                               Without Payment: $57,564.96

Total Expenses of Administration: $21,072.49

---

3) Total gross receipts of $ 34,652.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,652.50 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $230,382.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,072.49 | 21,072.49 | 21,072.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,256.20 | 11,490.27 | 11,490.27 | 3,927.51 |
| **TOTAL DISBURSEMENTS** | $291,638.20 | $32,562.76 | $32,562.76 | $25,000.00 |

4) This case was originally filed under Chapter 7 on July 14, 2011. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2012           By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit | 1142-000 | 34,652.50 |
| **TOTAL GROSS RECEIPTS** | | **$34,652.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Vanessa Davis | | 8100-002 | 9,652.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$9,652.50** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Green Tree Servicing L | 4110-000 | 77,877.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank Home Mortgage | 4110-000 | 152,505.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$230,382.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Deborah K. Ebner | 2200-000 | N/A | 4.25 | 4.25 | 4.25 |
| Allan J DeMars | 3110-000 | N/A | 3,600.00 | 3,600.00 | 3,600.00 |
| Allan J DeMars | 3120-000 | N/A | 12.05 | 12.05 | 12.05 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Clarissa Cutler | 3210-600 | N/A | 11,793.83 | 11,793.83 | 11,793.83 |
| Clarissa Culter | 3220-610 | N/A | 1,412.33 | 1,412.33 | 1,412.33 |
| LOIS WEST | 3410-000 | N/A | 874.00 | 874.00 | 874.00 |
| Illinois Department of Revenue | 2690-000 | N/A | 100.00 | 100.00 | 100.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.03 | 26.03 | 26.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,072.49 | $21,072.49 | $21,072.49 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 1,444.00 | 1,416.81 | 1,416.81 | 484.28 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 9,810.00 | 10,073.46 | 10,073.46 | 3,443.23 |
| NOTFILED | Sears/cbsd | 7100-000 | 3,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 6,458.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Home Design-hi-pj | 7100-000 | 7,760.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 4,654.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd C/o Northwestern Mem Hosp | 7100-000 | 9,846.64 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 2,595.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Memorial Hospital | 7100-000 | 9,357.66 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Northwestern Memorial Hospital | 7100-000 | 489.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Medical Faculty Found | 7100-000 | 5,516.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$61,256.20** | **$11,490.27** | **$11,490.27** | **$3,927.51** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-28963　　　　　　　　　　　　　　　　**Trustee:** (330480) DEBORAH K. EBNER
**Case Name:** DAVIS, VANESSA　　　　　　　　　　　　　**Filed (f) or Converted (c):** 07/14/11 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 08/15/11
**Period Ending:** 12/10/12　　　　　　　　　　　　　　　**Claims Bar Date:** 03/29/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 1355 Mandel Ave Westchester, | 163,000.00 | 0.00 | | 0.00 | FA |
| 2 | Citibank - Checking Account Oakbrook - Savings A | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Living Room, Dining Room, and Bedroom Set | 1,700.00 | 0.00 | | 0.00 | FA |
| 4 | Books and CDs | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Womens Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Minks and shearling | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2001 Jeep Wrangler | 2,400.00 | 0.00 | | 0.00 | FA |
| 8 | Lawsuit | Unknown | Unknown | | 34,652.50 | FA |
| 8 | **Assets** **Totals** (Excluding unknown values) | **$170,300.00** | **$0.00** | | **$34,652.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　　Trustee retained counsel and is prosecuting an action against Federal Express Corp. in US District Court for Northern District of Illinois.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2017　　　　**Current Projected Date Of Final Report (TFR):**　　September 20, 2012  (Actual)

Printed: 12/10/2012 12:40 AM　　V.13.04

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-28963  
**Case Name:** DAVIS, VANESSA  

**Taxpayer ID #:** **-***8453  
**Period Ending:** 12/10/12  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/12 | {8} | Fed Ex | | 1142-000 | 25,000.00 | | 25,000.00 |
| 07/16/12 | {8} | Fed Ex | two checks from Fed Ex received today on this case; check number 6443782 in the amount of $25,000.00 and check number 24331088 in the amount of $9652.50. There appeared to have been a posting error as I moved to the deposit screen from the receipts lo | 1142-000 | 9,652.50 | | 34,652.50 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.03 | 34,626.47 |
| 08/06/12 | 101 | Illinois Department of Revenue | | 2690-000 | | 100.00 | 34,526.47 |
| 08/15/12 | 102 | Vanessa Davis | | 8100-002 | | 9,652.50 | 24,873.97 |
| 10/30/12 | 103 | Allan J DeMars | Dividend paid 100.00% on $3,600.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,600.00 | 21,273.97 |
| 10/30/12 | 104 | Allan J DeMars | Dividend paid 100.00% on $12.05, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 12.05 | 21,261.92 |
| 10/30/12 | 105 | Clarissa Cutler | Dividend paid 100.00% on $11,793.83, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 11,793.83 | 9,468.09 |
| 10/30/12 | 106 | Clarissa Culter | Dividend paid 100.00% on $1,412.33, Special Counsel for Trustee Expenses;  Reference: | 3220-610 | | 1,412.33 | 8,055.76 |
| 10/30/12 | 107 | DEBORAH K. EBNER | Dividend paid 100.00% on $3,250.00, Trustee Compensation;  Reference: | 2100-000 | | 3,250.00 | 4,805.76 |
| 10/30/12 | 108 | Deborah K. Ebner | Dividend paid 100.00% on $4.25, Trustee Expenses;  Reference: | 2200-000 | | 4.25 | 4,801.51 |
| 10/30/12 | 109 | LOIS WEST | Dividend paid 100.00% on $874.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 874.00 | 3,927.51 |
| 10/30/12 | 110 | Discover Bank | Dividend paid 34.18% on $1,416.81; Claim# 1; Filed: $1,416.81; Reference: | 7100-000 | | 484.28 | 3,443.23 |
| 10/30/12 | 111 | Chase Bank USA, N.A. | Dividend paid 34.18% on $10,073.46; Claim# 2; Filed: $10,073.46; Reference: XXXXXX6396 | 7100-000 | | 3,443.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 34,652.50 | 34,652.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 34,652.50 | 34,652.50 | |
| | | | Less: Payments to Debtors | | | 9,652.50 | |
| | | | **NET Receipts / Disbursements** | | **$34,652.50** | **$25,000.00** | |

{} Asset reference(s)

Printed: 12/10/2012 12:40 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-28963 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | DAVIS, VANESSA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******79-66 - Checking Account |
| Taxpayer ID #: | **-***8453 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/10/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # 9200-******79-66** | | **34,652.50** | **25,000.00** | **0.00** |
| | | $34,652.50 | $25,000.00 | $0.00 |

{} Asset reference(s)    Printed: 12/10/2012 12:40 AM    V.13.04